# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA DODSON,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:20-0084 |
| v. | : | (Judge Mannion) |
| **WENDY NICOLAS**, *et al.,* | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 7th day of **MAY 2020**, in accordance with the accompanying Memorandum issued this same day, it is **ORDERED** that:

1. Petitioner's motion to proceed *in forma pauperis* (Docs. 2 and 8) are **GRANTED**.

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

20-0084-01 order